UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Matthew Lennon,<br><br>        Plaintiff,<br><br>  v.<br><br>Experian Information Solutions, Inc.,<br><br>        Defendant. | Civil Action No.: 2:24-cv-05548 |

**CORPORATE DISCLOSURE STATEMENT OF
EXPERIAN INFORMATION SOLUTIONS, INC.**

The undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), hereby certifies pursuant to Fed. R. Civ. P. 7.1 that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. Experian is a non-governmental corporate entity.

2. Parent Companies: The ultimate parent company of Experian is Experian plc.

3. Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned and are not publicly traded:

    (a) Central Source LLC

    (b) Online Data Exchange LLC

    (c) New Management Services LLC

    (d) VantageScore Solutions LLC

    (e) Opt-Out Services LLC

4. Publicly Held Companies: Experian plc indirectly owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated: October 18, 2024                    Respectfully submitted,

*/s/ Mohammad A. Ghiasuddin*
Mohammad A. Ghiasuddin
Pa. Bar No. 83925
MARGOLIS EDELSTEIN
The Curtis Center
170 S Independence Mall W, Suite 400E
Philadelphia, PA 19106-3337
mghiasuddin@margolisedelstein.com
Telephone: 215-931-5802
Facsimile: 215-922-1772

*Counsel for Defendant*
*Experian Information Solutions, Inc..*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on Plaintiff's counsel by mail at the following address:

>Brett M. Freeman
>606 Hamlin Highway, Suite 2
>Lake Ariel, PA 18436

>Respectfully submitted,

>*/s/ Mohammad A. Ghiasuddin*
>*Counsel for Defendant*
>*Experian Information Solutions, Inc*.