IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Matthew Lennon | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Experian Information | : | No.: 2:24-cv-05548 |

ORDER

AND NOW, this _____ day of _____ 20 24 , it is hereby

ORDERED that the application of  Elijah L. Coryell _____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____
                                                                            , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# **2:24-cv-05548**

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, **Elijah L. Coryell** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a ~~check, number~~ **online payment**, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Commonwealth of PA | 11/7/2023 | 334052 |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Western District of Pennsylvania | 12/7/2023 | N/A |
| | | |
| | | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for **Elijah Coryell** (Digitally signed by Elijah Coryell, Date: 2024.10.25 13:54:09 -04'00')
(Applicant's Signature)

**Experian Information Solutions, Inc.**     **10/25/2024**
(Date)

Name of Applicant's Firm: Jones Day
Address: 500 Grant Street, Suite 4500, Pittsburgh, PA 15219
Telephone Number: 412.394.9545
Email Address: ecoryell@jonesday.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/25/2024**                    **Elijah Coryell** (Digitally signed by Elijah Coryell, Date: 2024.10.25 13:54:20 -04'00')
(Date)                                        (Applicant's Signature)

04/20

II. SPONSOR'S MOTION AND CERTIFICATION

      I, the undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania, hereby move for the admission of  Elijah L. Coryell, Esquire  to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the state and federal courts noted in the appended application and that the applicant's private and personal character is good.  I certify that this motion is on this date being served upon counsel of record as set forth on the attached certificate of service.

Dated:  October 25, 2024

| Mohammad A. Ghiasuddin | *[signature]* | 11/02/2001 | 83925 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | PA Atty. ID No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Margolis Edelstein
The Curtis Center, Suite 400E
170 S. Independence Mall W.
Philadelphia, PA 19106-3337
Phone: 215-931-5802
Fax: 215-922-1772
Email: mghiasuddin@margolisedelstein.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 25, 2024     *[signature]*
         (date)                     (Sponsor's Signature)

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that this document was electronically filed with the Clerk of the Court using the CM/ECF system and caused to be served thereby on October 25, 2024.

Respectfully submitted,

*/s/ Mohammad A. Ghiasuddin*
*Counsel for Defendant*
*Experian Information Solutions, Inc.*