# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW LENNON** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 24-5548 |
| **v.** | : | |
| | : | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.** | : | |
| | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 28th day of October 2024, pursuant to Federal Rules of Civil Procedure ("Rules") 16 and 26, it is hereby **ORDERED** that:

1. each party must, without awaiting discovery request, provide the disclosures contemplated by Rule 26(a) to any other parties within fourteen (14) days of the date of this Order;

2. the parties shall commence discovery immediately; and

3. the parties shall file a written joint report of their Rule 26(f) meeting by no later than November 19, 2024.

Failure to submit the Rule 26(f) report will result in this Court establishing the applicable deadlines without the input of counsel.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*