IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW LENNON** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 24-5548 |
| v. | : | |
| | : | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.** | : | |
| | : | |
| | : | |
| *Defendant* | : | |

# ORDER

**AND NOW,** this 28th day of October 2024, upon consideration the *pro hac vice* motion filed by *Elijah L. Coryell*, Esquire, requesting permission to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b), [ECF 5], it is hereby **ORDERED** that the motion is **GRANTED**.[1]

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] If counsel would like access to this Court's ECF system, they must request such access through their Pacer account, which can be accessed via the Eastern District of Pennsylvania's website: NextGen CM/ECF | Eastern District of Pennsylvania | United States District Court (uscourts.gov)