# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW LENNON** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 24-5548** |
| **v.** | : | |
| | : | |
| **EXPERIAN INFORMATION** | : | |
| **SOLUTIONS, INC.** | : | |
| *Defendant* | : | |

# SCHEDULING ORDER

**AND NOW**, this 15th day of November 2024, upon consideration of the parties' joint report of their Federal Rule of Civil Procedure ("Rule") 26(f) conference, and pursuant to Rule 16, it is hereby **ORDERED** that:

1. The parties may request a referral to the Honorable Magistrate Judge Lynne A. Sitarski, United States District Court, to schedule a settlement conference. Counsel, the parties, and/or persons with full settlement authority must appear at the conference unless excused in advance by Magistrate Judge Sitarski.
2. All fact discovery shall be completed by April 1, 2025.
3. All affirmative expert reports shall be due by May 1, 2025.
4. Any rebuttal expert reports are due by June 2, 2025.
5. Any *Daubert* or dispositive motions shall be filed by July 2, 2025, and any response to such motions shall be filed within twenty-one (21) days of the filing of the motion.
6. A final pretrial conference will be scheduled, if necessary, following the Court's resolution of any dispositive motions.

Failure to comply with this Order may result in sanctions.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*