# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Matthew Lennon,<br>        Plaintiff<br><br>v.<br><br>Experian Information Solutions, Inc.,<br>        Defendant | Docket No. 2:24-CV-05548<br><br>(Judge Nitza Quinones Alejandro) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal of this matter with prejudice, with each side to bear its own fees and costs.


*s/ Brett M. Freeman*
Brett M. Freeman
Bar Number PA 308834
FREEMAN LAW
Attorney for Plaintiff
606 Hamlin Highway, Suite 2
Lake Ariel, PA 18436
P: (570) 589-0010
F: (570) 456-5955
brett@freeman.law

*/s/ Elijah L. Coryell*
Elijah L. Coryell (*pro hac vice*)
Pa. Bar No. 334052
JONES DAY
Attorney for Defendant
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Telephone:  412-394-9545
Facsimile:  412-394-7959
ecoryell@jonesday.com