# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Matthew Lennon,<br>    Plaintiff<br><br>v.<br><br>Experian Information Solutions, Inc.,<br>    Defendant | Docket No. 2:24-CV-05548<br><br>(Judge Nitza Quinones Alejandro) |

## **ORDER**

Upon consideration of the Stipulation of Dismissal with Prejudice filed by the parties, it is hereby ordered that the stipulation is approved. This matter is hereby dismissed with prejudice, with each party to bear its own fees and costs. The Clerk of Court is directed to dismiss the case.

Date:_____           _____
                           Nitza Quinones Alejandro
                           United States District Judge